# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

JUAN ANTONIO CANNON,

    Plaintiff,

v.

WILLIAM DANFORTH, and PAUL JOHNSON,

    Defendants.

5:24-cv-25

### ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to deny Defendants' Motion to Dismiss and to deny Plaintiff's Motion for Summary Judgment. Dkt. No. 35. No party filed Objections to the Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DENY** Defendants' Motion to Dismiss and **DENY** Plaintiff's Motion for Summary Judgment. Defendants have filed their Answer to Plaintiff's Complaint. Dkt. No. 36. The Clerk of

Court has issued a Scheduling Notice that provides the parties with certain deadlines and instructions for the proceedings in this case.  Dkt. No. 37.

**SO ORDERED**, this 19 day of September, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA