# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

JUAN ANTONIO CANNON,

       Plaintiff,

  v.

WILLIAM DANFORTH, and PAUL
JOHNSON,

       Defendants.

5:24-cv-25

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant Defendants' Motion for Summary Judgment and to dismiss Plaintiff's claims against Defendants. Dkt. No. 46. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT** Defendants' Motion for Summary Judgment, **DISMISS** Plaintiff's Complaint, dkt. nos. 1, 39, **DIRECT** the Clerk of Court **CLOSE** this case and to enter the appropriate

judgment of dismissal, and **DENY** Plaintiff *in forma pauperis* status on appeal.

      **SO ORDERED**, this ____ day of August, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA