# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| JUAN ANTONIO CANNON,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM DANFORTH, and PAUL JOHNSON,<br><br>Defendants. | 5:24-cv-25 |

**ORDER**

Plaintiff filed late Objections to the Magistrate Judge's Report and Recommendation. Dkt. No. 49. Objections were due on July 27, 2026. Dkt. No. 46. On August 6, 2026, with no Objections filed, the Court adopted the Magistrate Judge's Report and Recommendation. Dkt. No. 47. Plaintiff's Objections were filed on the docket on August 12, 2026. However, Plaintiff signed his objections on July 22, 2026. Dkt. No. 49 at 3. Because Plaintiff's Objections arrived late seemingly through no fault of his own, the Court now considers his Objections to the Report and Recommendation.

Plaintiff filed this action, bringing deliberate indifference claims under 42 U.S.C. § 1983. Plaintiff alleges that Defendants withheld personal hygiene items from him, including toilet paper

and shower shoes. Dkt. No. 1 at 5. Plaintiff also alleges that his cell was overly cold. Id. at 6.

The Magistrate Judge recommends entry of summary judgment in favor of Defendants, concluding that Plaintiff failed to create a genuine question of material fact about essential elements of his claim. Dkt. No. 46. Specifically, the Magistrate Judge concludes that Plaintiff failed to demonstrate an objectively serious deprivation. Id. at 6–7. As a result, the Magistrate Judge recommends that the Court dismiss Plaintiff's Complaint. Id.

In his Objections, Plaintiff primarily reasserts the allegations from his Complaint. Dkt. No. 49. The only additional argument Plaintiff provides is that the Magistrate Judge's recommendation "is prejudice[d] and unfair." Id.

I concur with the Magistrate Judge's analysis. Plaintiff failed to demonstrate a question of material fact about whether he faced an objectively serious condition, which is an essential element of his conditions-of-confinement claim. Plaintiff's Objections provide no reason to conclude otherwise.

Thus, after an independent and de novo review of the entire record, the Court **OVERRULES** Plaintiff's Objections. The Court's August 6, 2026 Order remains the Order of this Court, and this

case remains **CLOSED**. Dkt. No. 47.

**SO ORDERED**, this 17 day of August, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA